■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT POWELL, Appellant.—Appeal by defendant from two judgments of the Supreme Court, Kings County, both rendered March 26, 1976, upon resentence. Judgments affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631). Hopkins, J. P., Damiani, O'Connor and Mangano, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUANN STRAZZANTI, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the County Court, Suffolk County, imposed September 13, 1978. Sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.